United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14125-ref
Juan R. Estrella                                                        Chapter 13
Rosy Danilda Estrella
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: Jul 14, 2016
                             Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
```
db/jdb         +Juan R. Estrella,    Rosy Danilda Estrella,    726 New Street,    Allentown, PA 18102-1430
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13313267       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13313268       +Apex Asset Management (original Creditor,     1891 Santa Barbara Dr St,
                 Lancaster, PA 17601-4106
13313269       +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
13313271      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC  27410)
13342947       +Bank of America NA,    JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13398115       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13313272       +Chase Bank One Card Service,    P O Box 15298,    Wilmington, DE 19850-5298
13313273       +Citifinancia,    605 Munn Road C/s Care Dept,    Fort Mill, SC 29715-8421
13313274       +City Of Allentown,    435 Hamilton St.,    Rm. #215,    Allentown, PA 18101-1603
13313277       +Enhancrcvrco (original Creditor:11 Tmobi,    Po Box 57547,    Jacksonville, FL 32241-7547
13313278       +Financial Recoveries (original Creditor:,    200 E Park Dr Ste 100,
                 Mount Laurel, NJ 08054-1297
13313279       +Financial Recoveries /St. Luke's Allento,     200 E Park Dr Ste 100,
                 Mount Laurel, NJ 08054-1297
13313280       +Financial Recoveries/Sacred Heart Hosp,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13313281       +Financial Recoveries/St. Luke's Allentow,     200 E Park Dr Ste 100,
                 Mount Laurel, NJ 08054-1297
13313282       +First National Colle (original Creditor:,    610 Waltham Way,    Sparks, NV 89434-6695
13313283       +Hsbc Bank,    P O Box 5253,    Carol Stream, IL 60197-5253
13313284       +Hy Cite/royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
13313286       +Mbs Inc (original Creditor:st. Luke S Ph,    5930 Hamilton Blvd Ste 1,
                 Allentown, PA 18106-9654
13313289       +Penn Credit (original Creditor:medical),    916 S 14th St,    Harrisburg, PA 17104-3425
13313293       +Rjm Acq Inc/Scholastic,    575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
13313294       +Rmj Acq Inc/First Union Bank,    575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
13313295       +Royal Prst,    333 Holtzman Rd,    Madison, WI 53713-2109
13313296       +Sw Crdt Sys (original Creditor:11 T Mobi,    5910 W Plano Pkwy Suite 100,    Plano, TX 75093-2202
13313297       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13442895       #+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
13313298       +Torres Credit Servic /UGI,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
13313299       +Torres Credit Service/.UGI,    27 Fairview St. Ste 301,    Carlisle, PA 17015-3200
13313300       +Vacation Charters Ltd,    Po Box 647,    Lake Harmony, PA 18624-0647
13344280        eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 15 2016 01:42:14      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 01:42:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2016 01:42:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13324232        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2016 01:38:44
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13322485        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2016 01:38:19
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13331185       +E-mail/Text: bnc@atlasacq.com Jul 15 2016 01:41:57     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13313270       +E-mail/Text: banko@berkscredit.com Jul 15 2016 01:42:00
                 Berks Credit & Coll (original Creditor:s,    900 Corporate Dr,    Reading, PA 19605-3340
13313275       +E-mail/Text: creditonebknotifications@resurgent.com Jul 15 2016 01:41:57      Credit One Bank,
                 P O Box 98872,    Las Vegas, NV 89193-8872
13313276       +E-mail/Text: bknotice@erccollections.com Jul 15 2016 01:42:13
                 Enhanced Recovery / Dish Network,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13313285       +E-mail/Text: bankruptcy@icsystem.com Jul 15 2016 01:42:26
                 I C System (original Creditor:11 T Mobil,    Po Box 64378,    Saint Paul, MN 55164-0378
13383593        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 15 2016 01:42:15      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
13313287       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2016 01:42:11      Midland Credit Management,
                 8875 Aero Drive 200,    San Diego, CA 92123-2255
```

```
District/off: 0313-4          User: Lisa               Page 2 of 2                Date Rcvd: Jul 14, 2016
                              Form ID: pdf900          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13313288        +E-mail/Text: bankruptcydepartment@tsico.com Jul 15 2016 01:42:28
                 Nco Fin/99 (original Creditor:eastern Pa,   Po Box 15636,    Wilmington, DE 19850-5636
13313290        +E-mail/Text: bknotices@totalcardinc.com Jul 15 2016 01:42:12      Plains Commerce Bank,
                 P O Box 89937,    Sioux Falls, SD 57109-6937
13313291        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2016 01:38:16       Portfolio,
                 120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
13313292        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2016 01:38:16
                 Portfolio Recovery Ass (original Credito,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13313301        +E-mail/Text: fhbankruptcy@bluestembrands.com Jul 15 2016 01:42:27      Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13531661         Bank of America, N.A. P.O. Box 660933 Dallas, TX 7
13313266       ##+Allied Interstate/Direct TV,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
13328919       ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                           TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Rosy Danilda Estrella bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Juan R. Estrella bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JUAN R. ESTRELLA
ROSY DANILDA ESTRELLA
                                                    : Bankruptcy No. 14-14125REF
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, this __14th__ day of __July__, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Richard E. Fehling_
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN EVERETT COOK ESQ
2747 MAC ARTHUR ROAD
WHITEHALL PA 18052-

JUAN R. ESTRELLA
ROSY DANILDA ESTRELLA
726 NEW STREET
ALLENTOWN,PA.18102